BEFORE THE THIRD DIVISION, MAY 26, 1965

**No. 69324.**—Haruta & Co., Inc., et al. *v.* United States, protests 59/8045, etc. (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the items marked "T" consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items marked "D" consist of cups and saucers the same as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiffs was sustained.